**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| In re: | : | Case No. 15-10337 |
|    Melvin E. Aston, III | : | |
|    Christa S. Aston | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | Judge Perlman |
| | : | |
| | : | **NOTICE OF CHANGE OF ADDRESS** |
| | : | |
| | : | |

Now comes Debtor, by and through counsel, and hereby gives notice to the Court of his change of address. The Debtor's prior address was:

**Melvin and Christa Aston**
**9427 Loralinda Dr.**
**Cincinnati, OH 45251**

The Debtor's new address, effective immediately, is:

**Melvin & Christa Aston**
**3620 Ridgewood Avenue**
**Cincinnati, Ohio 45211**

                                                      Respectfully submitted,

                                                      /s/ Nicholas A. Zingarelli OH-0079110
                                                      Nicholas A. Zingarelli OH-0079110
                                                      ZINGARELLI LAW OFFICE, LLC.
                                                      632 Vine Street – Suite 305
                                                      Cincinnati, OH 45202
                                                      Ph: (513) 381-2047
                                                      Fx: (513) 621-6402
                                                      nick@zingarellilaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015 a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, electronically through the court's ECF systems at the email addressed registered with the court:

Margaret A. Burks, Chapter 13 Trustee
U.S. Trustee

                                                      /s/ Nicholas A. Zingarelli OH-0079110
                                                      Nicholas A. Zingarelli OH-0079110